**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 118013
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Carrell Paul, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>Radius Global Solutions, LLC,<br><br>Defendant. | Docket No: 1:20-cv-00198-RRM-ST |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: February 26, 2020

**So Ordered**

s/ Roslynn R. Mauskopf
Roslynn R. Mauskopf
United States District Judge

3/3/20

**BARSHAY SANDERS, PLLC**

By: __/s *Craig B. Sanders*__
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 118013
*Attorneys for Plaintiff*